IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLAVIN IVY, ) | |
| ) | |
| Plaintiff ) | Case No. 1:21-cv-00109 (Erie) |
| ) | |
| vs. ) | |
| ) | HON. RICHARD A. LANZILLO |
| JOHN WETZAL et al., ) | UNITED STATES MAGISTRATE JUDGE |
| ) | |
| Defendants ) | |
| ) | ORDER ON MOTION FOR |
| ) | PRELIMINARY INJUNCTION |
| ) | ECF No. 6 |

Presently before the Court is a Motion for Preliminary Injunction filed by Plaintiff Glavin Ivy ("Ivy"). ECF No. 6. For the reasons stated in the accompanying Memorandum, docketed this day at ECF No. 21, the motion is **DENIED**.

Ordered and Entered this 10th day of August, 2021.

_____
RICHARD A. LANZILLO
United States Magistrate Judge