IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

GLAVIN IVY,                          )
                                     )   1:21-CV-00109-RAL
          Plaintiff                  )
                                     )
                                     )
     vs.                             )   RICHARD A. LANZILLO
                                     )   UNITED STATES MAGISTRATE JUDGE
                                     )
JOHN WETZEL, SUPT.  OBERLANDER,      )
                                     )   ORDER ON DEFENDANTS' MOTION TO
                                     )   DISMISS
          Defendants                 )   ECF NO. 32
                                     )
                                     )
                                     )

     For the reasons explained in the Memorandum Opinion filed this day, it is hereby ordered

that the Defendants' Motion to Dismiss [ECF No. 32] is granted in part and denied in part as

follows:

     1.   The motion is GRANTED as to Defendant Wetzel, and all claims against

him are hereby dismissed, with prejudice;

     2.   The motion is DENIED as to Defendant Oberlander.

Ordered and entered this 6th day of June, 2022.

                                        BY THE COURT,

                                        RICHARD A. LANZILLO
                                        United States Magistrate Judge